IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEPHANIE IDEUS,<br><br>           Plaintiff,<br><br>vs.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br>AND  TEVA WOMEN'S HEALTH, INC.,<br><br>           Defendants. | **4:16CV3086**<br><br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Attorney Nora M. Kane, as counsel of record for Defendants, (Filing No. 30), is granted.

January 10, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge