IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEPHANIE IDEUS,<br><br>Plaintiff,<br><br>vs.<br><br>TEVA PHARMACEUTICALS USA, INC., AND TEVA WOMEN'S HEALTH, INC.,<br><br>Defendants. | 4:16CV3086<br><br>ORDER GRANTING MOTION FOR CONTINUANCE AND TO MODIFY THE FINAL PROGRESSION ORDER |

The parties' motion, (Filing No. 33), is granted, and the progression order is amended as follows:

1) The trial and pretrial conference settings are vacated pending further order of the court.

2) A telephonic conference with the undersigned magistrate judge will be held on July 11, 2017 at 9:00 a.m., to discuss the trial and pretrial conference setting, the status of case progression, and potential settlement. Counsel shall use the conferencing instructions assigned to this case, (see filing [27]) to participate in the call.

3) The deadline for completing written discovery under Rules 33 and 36 of the Federal Rules of Civil Procedure is August 15, 2017. Motion to compel Rule 33 through 36 discovery must be filed by August 29, 2017. **Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

4) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

   For the plaintiff(s):   July 3, 2017.

   For the defendant(s):   August 15, 2017.

5) The deposition deadline is September 15, 2017.

1

6)       The deadline for filing motions to dismiss and motions for summary judgment is December 1, 2017.[1]

7)       The deadline for filing motions to exclude testimony on *Daubert* and related grounds is October 17, 2017.

8)       Motions in limine shall be filed five business days prior to trial. It is not the normal practice to hold hearings on motions in limine or to rule on them in advance. Counsel should plan accordingly.

March 3, 2017.

                                                        BY THE COURT:

                                                        *s/ Cheryl R. Zwart*
                                                        United States Magistrate Judge

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.