IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

STEPHANIE IDEUS,

        Plaintiff,

vs.

TEVA PHARMACEUTICALS USA, INC., and TEVA WOMEN'S HEALTH, INC.,

        Defendants.

4:16CV3086

ORDER

After conferring with counsel, (see Filing No. 39),

IT IS ORDERED that as to Plaintiff's motion to compel a full and complete response to document requests 36 and 38, (Filing No. 40), Defendant's brief shall be filed on or before July 3, 2017; Plaintiff's response shall be filed on or before July 12, 2017; and any reply shall be filed on or before July 17, 2017.

June 23, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge