IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| STEPHANIE IDEUS, | |
|---|---|
| Plaintiff, | **4:16CV3086** |
| vs. | |
| TEVA PHARMACEUTICALS USA, INC., and TEVA WOMEN'S HEALTH, INC., | **ORDER** |
| Defendants. | |

After conferring with counsel, (see Filing No. 39),

IT IS ORDERED that as to Plaintiff's motion to compel a full and complete response to document requests 36 and 38, (Filing No. 40), Defendant's brief shall be filed on or before July 3, 2017; Plaintiff's response shall be filed on or before July 12, 2017; and any reply shall be filed on or before July 17, 2017.

June 23, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge