IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEPHANIE IDEUS,<br><br>        Plaintiff,<br><br>vs.<br><br>TEVA PHARMACEUTICALS USA, INC., et. al;<br><br>        Defendants. | 4:16CV3086<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED that the final progression order is modified as follows:

1) A status conference to discuss the status of case progression, the parties' interest in alternative dispute resolution, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on December 13, 2017 at 9:00 a.m. by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadline for completing written discovery under Rules 33, 34, and 36 of the Federal Rules of Civil Procedure is September 15, 2017. Motions to compel discovery under Rules 33, 34, and 36 must be filed by September 29, 2017.
**Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

        For the plaintiff(s):        July 17, 2017.

        For the defendant(s):        September 15, 2017.

4) The deposition deadline is December 1, 2017.

2

5) The deadline for filing motions to dismiss, motions for summary judgment, and motions to exclude testimony on *Daubert* and related grounds is January 16, 2018.

July 11, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge