IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEPHANIE IDEUS,<br><br>        Plaintiff,<br><br>vs.<br><br>TEVA PHARMACEUTICALS USA, INC. and TEVA WOMEN'S HEALTH, INC.,<br><br>        Defendants. | 4:16-CV-3086<br><br>ORDER |

This matter is before the Court on the defendants' objection to the Magistrate Judge's May 6, 2018 Order granting in part the plaintiff's motion to compel (filing 71). After reviewing the record, the Court finds that the Magistrate Judge's Order was not clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a); *see* 28 U.S.C. § 636(b)(1)(A). Accordingly,

IT IS ORDERED that the defendants' objection (filing 72) is overruled.

Dated this 1st day of June, 2018.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge