IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEPHANIE IDEUS,<br><br>           Plaintiff,<br><br>vs.<br><br>TEVA PHARMACEUTICALS USA, INC., TEVA BRANDED PHARMACEUTICALS PRODUCTS R&D, INC. and TEVA WOMEN'S HEALTH, INC.,<br><br>           Defendants. | 4:16CV3086<br><br>**PROGRESSION ORDER** |

After conferring with counsel,

IT IS ORDERED that the progression order (Filing No. 68) is amended as follows:

1) The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on March 25, 2019, or as soon thereafter as the case may be called, for a duration of eight (8) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on March 12, 2019 at 11:00 a.m. and will be conducted by internet/telephonic conferencing. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on March 8, 2019.

3) As limited to the witnesses the parties have previously agreed to depose, the deposition deadline is extended to September 30, 2018.

4) The deadline for filing motions to dismiss and motions for summary judgment is November 13, 2018.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is November 13, 2018.

August 3, 2018

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge